UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                  :
                                        :
PABLO ORTIZ MIRANDA                     :        Case No. 06-1360 (GAC)
D/B/A TOAVILLE TEXACO SERVICE           :
                                        :
        Debtors                         :        Chapter 13
_____:

**DECISION AND ORDER**

This case is before the Court upon a motion to dismiss filed by Chevron Puerto Rico LLC ("Chevron"), claiming that the debtor is ineligible to be a debtor pursuant to 11 U.S.C. § 109(g) because the debtor's last petition, Case No. 05-8531, was dismissed, less than 180 days prior to the filing of the present petition, for willful failure to comply with orders of the Court (dkt. #23).  The debtor filed an opposition to the motion (Dkt.# 26).

The Court's order dismissing the previous petition indicates that the case was dismissed based on the debtor's failure to comply with the plan and the payments required thereunder and based on the debtor's failure to respond to the Chapter 13 trustee's motion to dismiss.  The debtor contends that the dismissal was caused by excusable and special circumstances rather than for willful failure to comply with an order of the Court.  The debtor references his motion requesting the imposition of the automatic stay (dkt. #7), in which he details his medical history and legal problems related to the probate of

1

the inheritance of his deceased spouse, which caused him to incur arrears in the previous petition. He indicates that he is presently receiving medical care and is in the process of selling real property in order to be able to comply with his present Chapter 13 plan.

The Court concludes that the debtor's last petition was dismissed based on arrears to the Chapter 13 trustee. There was no finding of willfulness in the last dismissal order, nor was the petition dismissed with prejudice. The debtor has also demonstrated that his personal circumstances have changed since the dismissal of the last petition. The Court can not conclude that the previous petition was dismissed based on the debtor's willful failure to abide by an order of the court. Accordingly, the Court finds that the prohibition against being a debtor under 11 U.S.C. §109(g)(1) does not apply.

Wherefore, IT IS ORDERED that the motion to dismiss (dkt. #23), filed by Chevron Puerto Rico, LLC, shall be, and it hereby is, DENIED.

SO ORDERED.

Dated at San Juan, Puerto Rico this 30th day of January, 2007.

s/Gerardo A. Carlo

_____
Gerardo A. Carlo
U.S. Bankruptcy Judge

2